Not For Publication

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
| | )  | | |
|---|---|---|---|
| IN RE: | ) | CASE NO. | 06-31447 (LMW) |
| | ) | | |
| ROGER JOHN TRAVERSA, | ) | CHAPTER | 7 |
| | ) | | |
| DEBTOR. | ) | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | ) | | |
|---|---|---|---|
| ROGER JOHN TRAVERSA, | ) | ADV. PRO. NO. | 06-3109 |
| | ) | | |
| PLAINTIFF | ) | DOC. I.D. NOS. | 316, 319 |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| EDUCATIONAL CREDIT | ) | | |
| MANAGEMENT CORPORATION, | ) | | |
| ET AL., | ) | | |
| | ) | | |
| DEFENDANTS. | ) | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**APPEARANCES**

| | |
|---|---|
| Roger John Traversa | *Pro Se* Plaintiff/ Movant |
| 114 Harmony Hill Road | |
| Harwinton, CT 06791 | |
| | |
| Irve J. Goldman, Esq. | Attorney for Educational Credit Management |
| Pullman & Comley, LLC | Corporation, Defendant/ Respondent |
| 850 Main Street | |
| Bridgeport, CT 06604 | |

Student Loan Corporation  Non-Appearing Defendant Respondent
c/o CT Corporation
One Commercial Plaza
Hartford, CT 06103

**BRIEF MEMORANDUM OF DECISION AND ORDER DENYING
DEBTOR'S MOTION FOR AUTHORIZATION TO SERVE SUBPOENAS
OUTSIDE OF JURISDICTION AND TERRITORIALITY
OF THE COURT AND SUSTAINING OBJECTION THERETO**

Lorraine Murphy Weil, United States Bankruptcy Judge

**WHEREAS,** on February 17, 2009, the above-referenced debtor (the "Debtor") filed in this adversary proceeding that certain Motion for Authorization To Serve Subpoenas Outside of the District and Territoriality of the Court (Doc. I.D. No. 316, the "Motion");

**WHEREAS,** on March 3, 2009, the above-referenced defendant ("ECMC") filed an objection (Doc. I.D. No. 319, the "Objection") to the Motion;

**WHEREAS,** a hearing (the "Hearing") was held with respect to the Motion and the Objection on March 4, 2009. Both the Debtor (*pro se*) and ECMC (through counsel) appeared at the Hearing;

**WHEREAS,** the court announced its preliminary ruling (Oral Record of 3/4/09 Hearing at 11:45:37 *et seq.,* the "Preliminary Ruling") denying the Motion and sustaining the Objection;

**WHEREAS,** in response to the Preliminary Ruling the Debtor requested the opportunity to brief the issue further. That request was granted with the Debtor's memorandum of law (a "Debtor Memorandum") to be filed and served no later than March 10, 2009 and ECMC's answer brief to be filed no later than March 13, 2009. Subject to that briefing schedule, the court took the matter under advisement;

**WHEREAS,** the Debtor has failed to file a Debtor Memorandum in accordance with the court's oral order at the Hearing;

**NOW, THEREFORE,** in accordance with the Preliminary Ruling, it hereby is **ORDERED** that the Motion is denied and the Objection is sustained.

**Dated: March 11, 2009**                              BY THE COURT

*Lorraine Murphy Weil*
Lorraine Murphy Weil
United States Bankruptcy Judge